## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JOANNA CAUSEY,**

     **Plaintiff,**

**v.**                               **Case No.: 8:21-cv-02046-AAS**

**UNITED STATES OF AMERICA,**

     **Defendant.**

_____/

## <u>ORDER</u>

Defendant United States of America (USA) moves to compel a complete and verified response to one contested interrogatory from USA's Second Set of Interrogatories. (Doc. 50). Plaintiff Joanna Causey responds in opposition. (Doc. 52).

USA requested "the name, address, and phone number of all medical providers with whom you received chiropractic care or treatment prior to January 9, 2019." (Doc. 50, p. 5). Ms. Causey objected to this interrogatory as being "overly broad, unduly burdensome, and not properly limited as to time or scope," but added that she "received chiropractic care or treatment at Van Born Chiropractic Clinic, PC, 23610 Van Born Road, Dearborn Heights, MI 48125." (Doc. 50, p. 5). Ms. Causey's counsel later supplemented her answer via email:

In Ms. Causey's life she has been to two other chiropractors. 15-

1

> 20 years ago, [w]hen she was living in Spring Hill, somewhere in the general area (she does not recall the name or exact whereabouts) she saw a chiropractor a handful of times, exclusively for hip issues (hence the "same area" part). When she was around 10yo, in Michigan, she told her mom that her back was hurting and she took her to a chiropractor up there a couple of time. I have pressed for more information, but that is all she can come up with.

(Doc. 50, pp. 5–6). USA responded with follow-up questions. (Doc. 50, p. 6). Ms. Causey maintains her original objection. (Doc. 52, p. 2).

Ms. Causey's past chiropractic treatment is highly relevant to this case, and her original response does not encompass the unverified information her counsel supplemented to USA via email. Accordingly, USA's Motion to Compel (Doc. 50) is **GRANTED**. Ms. Causey must produce a complete, verified response to USA's contested interrogatory by **August 30, 2024**.

**ORDERED** in Tampa, Florida on August 23, 2024.

_Amanda Arnold Sansone_

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2